111 F.3d 127
 Nancy M. Smith, Joseph L. Smith
v.
Hartford Insurance Group, Provident Life and Accident
Insurance Group, National Medical Enterprises, Inc.,
National Medical Specialty Hospital Group, Psychiatric
Institutes of America Health Care Group, Pennsylvania Health
Corp., d/b/a Rehab Hospital in Mechanicsberg, P.I.A.
Voluntary Employees Beneficiary Association Group Insurance
Plan, P.I.A. Voluntary Employees Beneficiary Association
Administrative Committee, Pennsylvania
 NOS. 96-7297, 96-7328
 United States Court of Appeals,
Third Circuit.
 Mar 28, 1997
 
 Appeal From: M.D.Pa. ,No.9001541 ,
 Rambo, J.
 
 
 1
 Affirmed.